UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NIKIE M. KING,

          Plaintiff,

    v.

PACIFICA SENIOR LIVING, ET AL.,

          Defendants.

Case No.   C20-1054RSM

ORDER OF DISMISSAL

      The Complaint in this matter was filed on July 6, 2020 (Dkt. #1).  A letter was sent to Plaintiff on July 9, 2020, setting forth the following deficiencies, with a deadline of August 10, 2020 correction deadline (Dkt. #3): filing fee requirement not met, no civil cover sheet filed, incorrect summons form submitted. The Clerk's letter was returned as undeliverable.

      On November 2, 2020 at Dkt #5, the plaintiff was ordered to show cause on or before November 20, 2020, why this matter should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).  On November 2, 2020 (Dkt #6), plaintiff filed a Notice of Change of Address; the Court's Order to Show Cause was mailed to plaintiff's updated address on November 3, 2020.  On November 30, the mail was returned as undeliverable.  There has been no other activity in this case.

This action is hereby DISMISSED without prejudice.

DATED this 6th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE